JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY HODGE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 2:23-cv-09791-GW-SK<br><br>**ORDER GRANTING STIPULATION TO DISMISS** |

# ORDER

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, and the Court continues to retain jurisdiction over this action for ninety (90) days to allow the Parties to resolve Plaintiff's counsels' fees, costs, and expenses.

**IT IS SO ORDERED.**

DATE: April 4, 2024

By: *[signature] George H. W[u]*

UNITED STATES DISTRICT JUDGE