UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY HODGE, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>    Defendants, | Case No.: **CV 23-9791-GW-SKx**<br><br>*Assigned District Judge: Hon. George H. Wu*<br>*Assigned Magistrate Judge: Steve Kim*<br><br>**ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: November 21, 2025          By: _____
                                         HON. GEORGE H. WU,
                                         United States District Judge